**SHAKED LAW GROUP, P.C.**
ATTORNEYS-AT-LAW
44 COURT STREET, SUITE 1217
BROOKLYN, NEW YORK 11201

TEL. (917) 373-9128
FAX (718) 504-7555
ShakedLawGroup@Gmail.com

December 21, 2018

**VIA ECF**

Honorable Jesse M. Furman
Judge, United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

Re:   **Linda Slade v. JR Licensing, LLC**
      **Case No. 18-cv-7218-JMF**
      **Application to Reopen**

Dear Judge Furman:

We represent the Plaintiff in the above-referenced matter. On November 30, 2018, your Honor ordered that, in light of the settlement of the case, "the . . . action be and is hereby dismissed . . . without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated."

This letter shall advise the Court that the settlement has yet to be consummated and that the parties request an additional thirty (30) days from December 30, 2018 to consummate the settlement. Due to the busy Holiday season and vacation schedules this time of year, the parties will be unable to consummate the matter by December 30. However, no issues are in dispute.

Thank you for your consideration.

Respectfully submitted,

Dan Shaked, Esq.

cc: Anthony A. Mingione, Esq.